IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 11-cv-00808-WDM-MEH

CAROL AGUERO,

      Plaintiff,

v.

GOOD HARBOR FILLET CO., et al.,

      Defendants.

_____

**ORDER**
_____

      A review of this case reveals that this filing completely duplicates an earlier filed

case (11-cv-00733-WJM).  Accordingly, this case is dismissed without prejudice.

      DATED at Denver, Colorado, on March 31, 2011.

                    BY THE COURT:

                    s/ Walker D. Miller
                    United States Senior District Judge

PDF FINAL